

# Fourth Court of Appeals
## San Antonio, Texas

January 15, 2014

No. 04-13-00752-CV

Lance **WINDHAM,**
Appellant

v.

**TRIANON PROPERTIES LLC,**
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 386604
Honorable Jason Pulliam, Judge Presiding

# O R D E R

Appellant's brief was due on November 27, 2013. Neither the brief nor a motion for extension of time has been filed.

We, therefore, ORDER appellant to file, on or before **January 27, 2014** his appellant's brief and a written response reasonably explaining (1) his failure to timely file the brief and (2) why appellee is not significantly injured by his failure to timely file a brief. If appellant fails to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply with a court order).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court_